UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

SEP 09 2015

David J. Bradley, Clerk of Court

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| vs. | § | CR. NO. H-14-356 S |
| [REDACTED] | § | |
| 10.  MARIA ESTHER CARRANZA | § | FILED UNDER SEAL |
| [REDACTED] | § | |

Sealed
Public and unofficial staff access
to this instrument are
prohibited by court order.

SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

1

## COUNT ONE
**(Conspiracy to Possess with the Intent to Distribute a Controlled Substance)**

From early 2013, through the date of this Indictment, in the Southern District of Texas, and elsewhere,



**MARIA ESTHER CARRANZA;**

defendants herein, did unlawfully, knowingly, and intentionally, combine, conspire, confederate, and agree with each other and others, known and unknown to the Grand Jury, to possess with the intent to distribute a controlled substance, to wit: 1 kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance and 50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A)(i) and (viii).

2

## COUNT TWO
(Laundering of Monetary Instruments)

From on or about mid-2013, to on or about late January 2014, in the Southern District of Texas and within the jurisdiction of the Court, the defendant,

█████████████████

did transport and attempt to transport funds, that is, at least $364,000 in United States currency, from a place in the United States to a place outside the United States, that is, Mexico, with the intent to promote the carrying on of specified unlawful activity, that is, drug trafficking, to include the felonious importation, possession, and distribution of controlled substances, in violation of Title 21, United States Code, Sections 846, and 841(a)(1) and 963.

In violation of Title 18, United States Code, Sections 1956(a)(2)(A), and 2.

A TRUE BILL,

Original Signature on File

FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF TEXAS

By: _____
SHELLEY J. HICKS
Assistant United States Attorney
Southern District of Texas